**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-43839-DRC |
| | § | |
| DEBBIE BERQUIST | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/30/2010. The undersigned trustee was appointed on 09/30/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $52,679.34

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $25.76 |
    | Bank service fees | $59.13 |
    | Other Payments to creditors | $700.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $15,000.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $36,894.45 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/28/2011 and the deadline for filing government claims was 04/28/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,352.64. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,352.64, for a total compensation of $4,352.64[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/13/2013               By:   /s/ David E. Grochocinski
                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1   Exhibit A

| Case No.: | 10-43839-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | BERGQUIST, DEBBIE | Date Filed (f) or Converted (c): | 09/30/2010 (f) |
| For the Period Ending: | 5/13/2013 | §341(a) Meeting Date: | 11/04/2010 |
| | | Claims Bar Date: | 04/28/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1198 ROYAL GLEN DRIVE, #129-C, GLEN ELLYN | $85,500.00 | $0.00 | | $0.00 | FA |
| 2 | CASH | $25.00 | $0.00 | | $0.00 | FA |
| 3 | CHECKING | $200.00 | $0.00 | | $0.00 | FA |
| 4 | HOUSEHOLD GOODS | $650.00 | $0.00 | | $0.00 | FA |
| 5 | BOOKS | $100.00 | $0.00 | | $0.00 | FA |
| 6 | WEARING APPAREL | $450.00 | $0.00 | | $0.00 | FA |
| 7 | MISC JEWELRY | $250.00 | $0.00 | | $0.00 | FA |
| 8 | TERM LIFE INSURANCE | $0.00 | $0.00 | | $0.00 | FA |
| 9 | STOCK - OMNICOM GROUP | $119.37 | $0.00 | | $0.00 | FA |
| 10 | 2009 TAX REFUND | $0.00 | $0.00 | | $0.00 | FA |
| 11 | PI CASE | $15,000.00 | $15,000.00 | | $52,679.34 | FA |
| 12 | CATS | $50.00 | $0.00 | | $0.00 | FA |
| 13 | 2001 PONTIAC | $925.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | $103,269.37 | $15,000.00 | | $52,679.34 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**
PREPARING APPLICATION TO EMPLOY SPECIAL COUNSEL TO PURSUE PI CASE; PI CASE PENDING; PI CASE PENDING

**Initial Projected Date Of Final Report (TFR):** 12/31/2013    **Current Projected Date Of Final Report (TFR):** 12/31/2013    /s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-43839-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | BERGQUIST, DEBBIE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8564 | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/30/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/13/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/05/2013 | (11) | THE HARTFORD WESTERN GENERAL LIABILITY CENTER | SETTLEMENT VS VINE LIFE CORP | 1142-000 | $42,679.34 | | $42,679.34 |
| 04/05/2013 | (11) | THE HARTFORD WESTERN GENERAL LIABILITY CENTER | SETTLEMENT VS VINE LIFE CORP, ET AL. | 1142-000 | $10,000.00 | | $52,679.34 |
| 04/23/2013 | 3001 | DEBBIE BERQUIST | exemption to debtor | 8100-002 | | $15,000.00 | $37,679.34 |
| 04/23/2013 | 3002 | GOLDSTEN BENDER & ROMANOFF | FEES & COSTS TO SPECIAL COUNSEL | * | | $27,320.66 | $10,358.68 |
| | | | fees $(26,666.66) | 3210-600 | | | $10,358.68 |
| | | | EXPENSES $(654.00) | 3220-610 | | | $10,358.68 |
| 04/23/2013 | 3002 | VOID: GOLDSTEN BENDER & ROMANOFF | | * | | ($27,320.66) | $37,679.34 |
| | | | fees $26,666.66 | 3210-603 | | | $37,679.34 |
| | | | EXPENSES $654.00 | 3220-613 | | | $37,679.34 |
| 04/23/2013 | 3003 | ATI PHYSICAL THERAPY | MEDICAL LIEN | 4220-000 | | $700.00 | $36,979.34 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $59.13 | $36,920.21 |
| 05/06/2013 | 3004 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | $25.76 | $36,894.45 |

**SUBTOTALS** $52,679.34 $15,784.89

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-43839-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | BERGQUIST, DEBBIE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8564 | | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/30/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/13/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $52,679.34 | $15,784.89 | $36,894.45 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $52,679.34 | $15,784.89 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $15,000.00 | |
|  |  |  | **Net** |  | $52,679.34 | $784.89 | |

**For the period of  9/30/2010 to 5/13/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $52,679.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,679.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $784.89 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp  Disbursements: | $15,784.89 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 04/04/2013 to 5/13/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $52,679.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,679.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $784.89 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp  Disbursements: | $15,784.89 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-43839-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | BERGQUIST, DEBBIE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8564 | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/30/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/13/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $52,679.34 | $15,784.89 | $36,894.45 |

**For the period of 9/30/2010 to 5/13/2013**

| | |
|---|---|
| Total Compensable Receipts: | $52,679.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,679.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $784.89 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $15,784.89 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/30/2010 to 5/13/2013**

| | |
|---|---|
| Total Compensable Receipts: | $52,679.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,679.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $784.89 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $15,784.89 |
| Total Internal/Transfer Disbursements: | $0.00 |

CLAIM ANALYSIS REPORT

| Case No.: | 10-43839-DRC | | | | Trustee Name: | David E. Grochocinski |
| Case Name: | BERGQUIST, DEBBIE | | | | Date: | 5/13/2013 |
| Claims Bar Date: | 04/28/2011 | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI  1900 Ravinia Place  Orland Park IL 60462 | 04/29/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $4,352.64 | $4,352.64 | $0.00 | $0.00 | $0.00 | $4,352.64 |
| | DAVID E. GROCHOCINSKI  1900 Ravinia Place  Orland Park IL 60462 | 05/09/2013 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | INNOVALAW, PC  1900 Ravinia Palce  Orland Park IL 60462 | 05/10/2013 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $12.84 | $12.84 | $12.84 | $0.00 | $0.00 | $0.00 | $12.84 |
| | INNOVALAW, PC  1900 Ravinia Palce  Orland Park IL 60462 | 05/10/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $2,830.00 | $2,830.00 | $2,830.00 | $0.00 | $0.00 | $0.00 | $2,830.00 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR WFNNB  as assignee of Express  PO Box 248872  Oklahoma City OK 731248872 | 01/31/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $210.01 | $210.01 | $0.00 | $1.44 | $0.00 | $210.01 |
| 2 | CHASE BANK USA, N.A.  PO Box 15145  Wilmington DE 198505145 | 02/14/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $22,365.55 | $22,365.55 | $0.00 | $152.88 | $0.00 | $22,365.55 |
| 3 | CHASE BANK USA,N.A  c/o Creditors Bankruptcy Service  P O Box 740933  Dallas Tx 75374 | 03/07/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,281.64 | $1,281.64 | $0.00 | $8.76 | $0.00 | $1,281.64 |

| Case No.: | 10-43839-DRC | | | | Trustee Name: | | David E. Grochocinski | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | BERGQUIST, DEBBIE | | | | Date: | | 5/13/2013 | | | |
| Claims Bar Date: | 04/28/2011 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | UNITED CONSUMER FINANCIAL SERVICES(KIRBY) Bass & Associates, P.C. 3936 E. Ft. Lowell Rd., Suite 200 Tucson AZ 85712 | 04/22/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $367.04 | $367.04 | $0.00 | $2.51 | $0.00 | $367.04 |
| 5 | MIDLAND FUNDING LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami FL 331311605 | 04/25/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,706.86 | $1,706.86 | $0.00 | $11.67 | $0.00 | $1,706.86 |
| 6 | MIDLAND FUNDING LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami FL 331311605 | 04/25/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,924.52 | $1,924.52 | $0.00 | $13.16 | $0.00 | $1,924.52 |
| | BERGQUIST, DEBBIE 1198 ROYAL GLEN DRIVE #129-C GLEN ELLYN IL 60137 | 05/10/2013 | Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part) | Allowed | 8200-002 | $0.00 | $1,652.93 | $1,652.93 | $0.00 | $0.00 | $0.00 | $1,652.93 |
| **Claim Notes:** | Debtor Surplus | | | | | | | | | | | |
| | | | | | | | $36,704.03 | $36,704.03 | $0.00 | $190.42 | $0.00 | $36,704.03 |

Page No: 3     Exhibit C

## CLAIM ANALYSIS REPORT

| **Case No.** | 10-43839-DRC | **Trustee Name:** | David E. Grochocinski |
|---|---|---|---|
| **Case Name:** | BERGQUIST, DEBBIE | **Date:** | 5/13/2013 |
| **Claims Bar Date:** | 04/28/2011 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Attorney for Trustee Expenses (Trustee Firm) | $12.84 | $12.84 | $0.00 | $0.00 | $0.00 | $12.84 |
| Attorney for Trustee Fees (Trustee Firm) | $2,830.00 | $2,830.00 | $0.00 | $0.00 | $0.00 | $2,830.00 |
| General Unsecured § 726(a)(2) | $27,855.62 | $27,855.62 | $0.00 | $190.42 | $0.00 | $27,855.62 |
| Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part) | $1,652.93 | $1,652.93 | $0.00 | $0.00 | $0.00 | $1,652.93 |
| Trustee Compensation | $4,352.64 | $4,352.64 | $0.00 | $0.00 | $0.00 | $4,352.64 |
| Trustee Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       10-43839-DRC
Case Name:      DEBBIE BERQUIST
Trustee Name:   David E. Grochocinski

Balance on hand: $36,894.45

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $36,894.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $4,352.64 | $0.00 | $4,352.64 |
| InnovaLaw, PC, Attorney for Trustee Fees | $2,830.00 | $0.00 | $2,830.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $12.84 | $0.00 | $12.84 |

Total to be paid for chapter 7 administrative expenses: $7,195.48
Remaining balance: $29,698.97

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $29,698.97

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $29,698.97

UST Form 101-7-TFR (5/1/2011)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $27,855.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for WFNNB | $210.01 | $0.00 | $210.01 |
| 2 | Chase Bank USA, N.A. | $22,365.55 | $0.00 | $22,365.55 |
| 3 | Chase Bank USA,N.A | $1,281.64 | $0.00 | $1,281.64 |
| 4 | United Consumer Financial Services(Kirby) | $367.04 | $0.00 | $367.04 |
| 5 | Midland Funding LLC | $1,706.86 | $0.00 | $1,706.86 |
| 6 | Midland Funding LLC | $1,924.52 | $0.00 | $1,924.52 |

Total to be paid to timely general unsecured claims: $27,855.62
Remaining balance: $1,843.35

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $1,843.35

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Remaining balance: | $1,843.35 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.25 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $190.42. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $1,652.93.

UST Form 101-7-TFR (5/1/2011)