# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-43839-DRC |
| | § | |
| DEBBIE BERQUIST | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30  on July 12,2013, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   06/04/2013                    By:   /s/ David E. Grochocinski
                                                      (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-43839-DRC |
| | § | |
| DEBBIE BERQUIST | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                    $52,679.34
*and approved disbursements of*                         $15,784.89
*leaving a balance on hand of[1]:*                      $36,894.45

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:          $0.00
Remaining balance:          $36,894.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $4,352.64 | $0.00 | $4,352.64 |
| InnovaLaw, PC, Attorney for Trustee Fees | $2,830.00 | $0.00 | $2,830.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $12.84 | $0.00 | $12.84 |

Total to be paid for chapter 7 administrative expenses:          $7,195.48
Remaining balance:          $29,698.97

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:          $0.00
Remaining balance:          $29,698.97

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $29,698.97 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $27,855.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for WFNNB | $210.01 | $0.00 | $210.01 |
| 2 | Chase Bank USA, N.A. | $22,365.55 | $0.00 | $22,365.55 |
| 3 | Chase Bank USA,N.A | $1,281.64 | $0.00 | $1,281.64 |
| 4 | United Consumer Financial Services(Kirby) | $367.04 | $0.00 | $367.04 |
| 5 | Midland Funding LLC | $1,706.86 | $0.00 | $1,706.86 |
| 6 | Midland Funding LLC | $1,924.52 | $0.00 | $1,924.52 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $27,855.62 |
| Remaining balance: | $1,843.35 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $1,843.35 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $1,843.35 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.25 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $190.42. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $1,652.93.

Prepared By:   /s/ David E. Grochocinski
              Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-43839-DRC
Debbie M Bergquist                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina          Page 1 of 3          Date Rcvd: Jun 05, 2013
                              Form ID: pdf006        Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2013.
db        ++++DEBBIE M BERGQUIST,   1198 ROYAL GLEN DR APT 129,   GLEN ELLYN IL  60137-7705
             (address filed with court: Debbie M Bergquist,   1198 Royal Glen Drive #129-C,
             Glen Ellyn, IL  60137)
aty       +Goldstein, Bender & Romanoff,   1 N LaSalle St.,   Suite 2600,   Chicago, IL 60602-4002
aty       +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
16210972  +ACB American,   4351 Winston Ave,  Covington, KY 41015-1739
16210973  +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
16210974  +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16812793   Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16917515  +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
16210976   Home Depot Credit Services,   Processing Center,   Des Moines, IA 50364-0500
16210977  +Hsbc/Carsn,   Po Box 15521,   Wilmington, DE 19850-5521
16210979  +Lane Bryant Retail/Soa,   450 Winks Ln,   Bensalem, PA 19020-5932
16210980  +Leading Edge Recovery Solutions,   8550 W. Bryn Mawr,   Chicago, IL 60631-3222
16210981  +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
16210982  +Medical Business Burea,   1460 Renaissance Dr,   Park Ridge, IL 60068-1349
19932112   Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
16210983  +Thd/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
17174582  +United Consumer Financial Services(Kirby),   Bass & Associates, P.C.,
             3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
16210984  +United Consumer Finl S,   865 Bassett Rd,   Westlake, OH 44145-1194

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16740969    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 06 2013 00:58:08
            American InfoSource LP as agent for WFNNB,   as assignee of,   Express,   PO Box 248872,
            Oklahoma City, OK  73124-8872
17181020    E-mail/PDF: rmscedi@recoverycorp.com Jun 06 2013 00:57:50      Capital Recovery IV LLC,
            c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16210975    E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2013 00:59:13      Gemb/Jcp,   Po Box 984100,
            El Paso, TX 79998
16210978   +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 06 2013 00:51:23      Kohls/Chase,
            N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
19932113    E-mail/PDF: rmscedi@recoverycorp.com Jun 06 2013 00:57:50
            Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
            Miami, FL 33131-1605
                                                                            TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16210985   ##+Wfnnb/Express,   Po Box 330066,   Northglenn, CO 80233-8066
                                                            TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: nmolina            Page 2 of 3              Date Rcvd: Jun 05, 2013
                             Form ID: pdf006          Total Noticed: 23

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 07, 2013**                    **Signature:**

```
District/off: 0752-1          User: nmolina          Page 3 of 3          Date Rcvd: Jun 05, 2013
                             Form ID: pdf006         Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2013 at the address(es) listed below:
          Ariane  Holtschlag    on behalf of Trustee David E Grochocinski aholtschlag@wfactorlaw.com
          David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com,  deg@trustesolutions.net
          David P Lloyd    on behalf of Trustee David E Grochocinski courtdocs@davidlloydlaw.com
          Joseph P Doyle    on behalf of Debtor Debbie M Bergquist joe@fightbills.com,  courts@fightbills.com
          Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Maria  Georgopoulos    on behalf of Creditor   BANK OF AMERICA, N.A. nd-three@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                     TOTAL: 8