**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-43839-DRC |
| | § | |
| DEBBIE BERQUIST | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $93,051.37 |
| Total Distributions to Claimants: | $28,746.04 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $7,280.37 | | |

    3)    Total gross receipts of $52,679.34 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $16,652.93 (see **Exhibit 2),** yielded net receipts of $36,026.41 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $700.00 | $700.00 | $700.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $7,280.37 | $7,280.37 | $7,280.37 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $27,855.62 | $27,855.62 | $28,046.04 |
| **Total Disbursements** | NA | $35,835.99 | $35,835.99 | $36,026.41 |

4). This case was originally filed under chapter 7 on 09/30/2010. The case was pending for -1328 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/12/2013     By:   /s/ David E. Grochocinski
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| PI CASE | 1142-000 | $52,679.34 |
| **TOTAL GROSS RECEIPTS** | | **$52,679.34** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| DEBBIE BERQUIST | Exemptions | 8100-002 | $15,000.00 |
| BERGQUIST, DEBBIE | Surplus Funds | 8200-002 | $1,652.93 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$16,652.93** |

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ATI PHYSICAL THERAPY | 4220-000 | NA | $700.00 | $700.00 | $700.00 |
| **TOTAL SECURED CLAIMS** | | | NA | $700.00 | $700.00 | $700.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $4,352.64 | $4,352.64 | $4,352.64 |
| Green Bank | 2600-000 | NA | $59.13 | $59.13 | $59.13 |
| UPS | 2990-000 | NA | $25.76 | $25.76 | $25.76 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $2,830.00 | $2,830.00 | $2,830.00 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $12.84 | $12.84 | $12.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $7,280.37 | $7,280.37 | $7,280.37 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for WFNNB | 7100-000 | NA | $210.01 | $210.01 | $210.01 |
| 2 | Chase Bank USA, N.A. | 7100-000 | NA | $22,365.55 | $22,365.55 | $22,365.55 |
| 3 | Chase Bank USA,N.A | 7100-000 | NA | $1,281.64 | $1,281.64 | $1,281.64 |
| 4 | United Consumer Financial Services(Kirby) | 7100-000 | NA | $367.04 | $367.04 | $367.04 |
| 5 | Midland Funding LLC | 7100-000 | NA | $1,706.86 | $1,706.86 | $1,706.86 |
| 6 | Midland Funding LLC | 7100-000 | NA | $1,924.52 | $1,924.52 | $1,924.52 |
|  | American InfoSource LP as agent for WFNNB | 7990-000 | $0.00 | $0.00 | $0.00 | $1.44 |
|  | Chase Bank USA, N.A. | 7990-000 | $0.00 | $0.00 | $0.00 | $152.88 |
|  | Chase Bank USA,N.A | 7990-000 | $0.00 | $0.00 | $0.00 | $8.76 |
|  | Midland Funding LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $11.67 |
|  | Midland Funding LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $13.16 |
|  | United Consumer Financial Services(Kirby) | 7990-000 | $0.00 | $0.00 | $0.00 | $2.51 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $27,855.62 | $27,855.62 | $28,046.04 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| **Case No.:** | 10-43839-DRC | **Trustee Name:** | David E. Grochocinski |
|---|---|---|---|
| **Case Name:** | BERGQUIST, DEBBIE | **Date Filed (f) or Converted (c):** | 09/30/2010 (f) |
| **For the Period Ending:** | 8/12/2013 | **§341(a) Meeting Date:** | 11/04/2010 |
| | | **Claims Bar Date:** | 04/28/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  1198 ROYAL GLEN DRIVE, #129-C, GLEN ELLYN | $85,500.00 | $0.00 | | $0.00 | FA |
| 2  CASH | $25.00 | $0.00 | | $0.00 | FA |
| 3  CHECKING | $200.00 | $0.00 | | $0.00 | FA |
| 4  HOUSEHOLD GOODS | $650.00 | $0.00 | | $0.00 | FA |
| 5  BOOKS | $100.00 | $0.00 | | $0.00 | FA |
| 6  WEARING APPAREL | $450.00 | $0.00 | | $0.00 | FA |
| 7  MISC JEWELRY | $250.00 | $0.00 | | $0.00 | FA |
| 8  TERM LIFE INSURANCE | $0.00 | $0.00 | | $0.00 | FA |
| 9  STOCK - OMNICOM GROUP | $119.37 | $0.00 | | $0.00 | FA |
| 10  2009 TAX REFUND | $0.00 | $0.00 | | $0.00 | FA |
| 11  PI CASE | $15,000.00 | $15,000.00 | | $52,679.34 | FA |
| 12  CATS | $50.00 | $0.00 | | $0.00 | FA |
| 13  2001 PONTIAC | $925.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $103,269.37 | $15,000.00 | | $52,679.34 | $0.00 |

**Major Activities affecting case closing:**
   PREPARING APPLICATION TO EMPLOY SPECIAL COUNSEL TO PURSUE PI CASE; PI CASE PENDING; PI CASE PENDING

**Initial Projected Date Of Final Report (TFR):**   12/31/2013       **Current Projected Date Of Final Report (TFR):**   12/31/2013       /s/ DAVID E. GROCHOCINSKI
                                                                                                                                                   DAVID E. GROCHOCINSKI

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-43839-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | BERGQUIST, DEBBIE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8564 | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/30/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/12/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/05/2013 | (11) | THE HARTFORD WESTERN GENERAL LIABILITY CENTER | SETTLEMENT VS VINE LIFE CORP | 1142-000 | $42,679.34 | | $42,679.34 |
| 04/05/2013 | (11) | THE HARTFORD WESTERN GENERAL LIABILITY CENTER | SETTLEMENT VS VINE LIFE CORP, ET AL. | 1142-000 | $10,000.00 | | $52,679.34 |
| 04/23/2013 | 3001 | DEBBIE BERQUIST | exemption to debtor | 8100-002 | | $15,000.00 | $37,679.34 |
| 04/23/2013 | 3002 | GOLDSTEN BENDER & ROMANOFF | FEES & COSTS TO SPECIAL COUNSEL | * | | $27,320.66 | $10,358.68 |
| | | | fees $(26,666.66) | 3210-600 | | | $10,358.68 |
| | | | EXPENSES $(654.00) | 3220-610 | | | $10,358.68 |
| 04/23/2013 | 3002 | VOID: GOLDSTEN BENDER & ROMANOFF | | * | | ($27,320.66) | $37,679.34 |
| | | | fees $26,666.66 | 3210-603 | | | $37,679.34 |
| | | | EXPENSES $654.00 | 3220-613 | | | $37,679.34 |
| 04/23/2013 | 3003 | ATI PHYSICAL THERAPY | MEDICAL LIEN | 4220-000 | | $700.00 | $36,979.34 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $59.13 | $36,920.21 |
| 05/06/2013 | 3004 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | $25.76 | $36,894.45 |
| 07/15/2013 | 3005 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $4,352.64 | $32,541.81 |
| 07/15/2013 | 3006 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $2,830.00 | $29,711.81 |
| 07/15/2013 | 3007 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $12.84 | $29,698.97 |
| 07/15/2013 | 3008 | American InfoSource LP as agent for WFNNB | Distribution on Claim #: 1; | * | | $211.45 | $29,487.52 |
| | | | Claim Amount $(210.01) | 7100-000 | | | $29,487.52 |
| | | | Interest $(1.44) | 7990-000 | | | $29,487.52 |
| 07/15/2013 | 3009 | Chase Bank USA, N.A. | Distribution on Claim #: 2; | * | | $22,518.43 | $6,969.09 |
| | | | Claim Amount $(22,365.55) | 7100-000 | | | $6,969.09 |
| | | | Interest $(152.88) | 7990-000 | | | $6,969.09 |
| 07/15/2013 | 3010 | Chase Bank USA,N.A | Distribution on Claim #: 3; | * | | $1,290.40 | $5,678.69 |
| | | | Claim Amount $(1,281.64) | 7100-000 | | | $5,678.69 |
| | | | Interest $(8.76) | 7990-000 | | | $5,678.69 |

| | | | | **SUBTOTALS** | $52,679.34 | $47,000.65 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-43839-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | BERGQUIST, DEBBIE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8564 | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 9/30/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/12/2013 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/15/2013 | 3011 | United Consumer Financial Services(Kirby) | Distribution on Claim #: 4; | * |  | $369.55 | $5,309.14 |
|  |  |  | Claim Amount $(367.04) | 7100-000 |  |  | $5,309.14 |
|  |  |  | Interest $(2.51) | 7990-000 |  |  | $5,309.14 |
| 07/15/2013 | 3012 | Midland Funding LLC | Distribution on Claim #: 5; | * |  | $1,718.53 | $3,590.61 |
|  |  |  | Claim Amount $(1,706.86) | 7100-000 |  |  | $3,590.61 |
|  |  |  | Interest $(11.67) | 7990-000 |  |  | $3,590.61 |
| 07/15/2013 | 3013 | Midland Funding LLC | Distribution on Claim #: 6; | * |  | $1,937.68 | $1,652.93 |
|  |  |  | Claim Amount $(1,924.52) | 7100-000 |  |  | $1,652.93 |
|  |  |  | Interest $(13.16) | 7990-000 |  |  | $1,652.93 |
| 07/15/2013 | 3014 | BERGQUIST, DEBBIE | Distribution on Claim #: ; | 8200-002 |  | $1,652.93 | $0.00 |
|  |  |  | **TOTALS:** |  | $52,679.34 | $52,679.34 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 |  |
|  |  |  | **Subtotal** |  | $52,679.34 | $52,679.34 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $16,652.93 |  |
|  |  |  | **Net** |  | $52,679.34 | $36,026.41 |  |

| For the period of 9/30/2010 to 8/12/2013 |  | For the entire history of the account between 04/04/2013 to 8/12/2013 |  |
|---|---|---|---|
| Total Compensable Receipts: | $52,679.34 | Total Compensable Receipts: | $52,679.34 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,679.34 | Total Comp/Non Comp Receipts: | $52,679.34 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
|  |  |  |  |
| Total Compensable Disbursements: | $36,026.41 | Total Compensable Disbursements: | $36,026.41 |
| Total Non-Compensable Disbursements: | $16,652.93 | Total Non-Compensable Disbursements: | $16,652.93 |
| Total Comp/Non Comp Disbursements: | $52,679.34 | Total Comp/Non Comp Disbursements: | $52,679.34 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-43839-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | BERGQUIST, DEBBIE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8564 | | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/30/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/12/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $52,679.34 | $52,679.34 | $0.00 |

**For the period of 9/30/2010 to 8/12/2013**

| | |
|---|---|
| Total Compensable Receipts: | $52,679.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,679.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $36,026.41 |
| Total Non-Compensable Disbursements: | $16,652.93 |
| Total Comp/Non Comp Disbursements: | $52,679.34 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/30/2010 to 8/12/2013**

| | |
|---|---|
| Total Compensable Receipts: | $52,679.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,679.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $36,026.41 |
| Total Non-Compensable Disbursements: | $16,652.93 |
| Total Comp/Non Comp Disbursements: | $52,679.34 |
| Total Internal/Transfer Disbursements: | $0.00 |